07/18/2007 14:10 FAX 415 398 0911

☑002

ORIGINAL FILED
JUL 1 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

LATHAM & WATKINS LLP
 Daniel Scott Schecter (Bar No. 171472)
 Colin B. Vandell (Bar No. 240653)
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: daniel.schecter@lw.com

Attorneys for Defendant Apple, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY DUNBAR and JAMES GANGWER,<br><br>Plaintiffs,<br><br>v.<br><br>LUCASZ GOTTWALD (aka Dr. Luke), AVRIL LAVIGNE, KASZ MONEY PUBLISHING, AVRIL LAVIGNE PUBLISHING LLC, ALMO MUSIC CORP., RCA RECORDS, and APPLE, INC.,<br><br>Defendants. | Case No. C 07-2758 WDB<br><br>**STIPULATION TO EXTEND TIME TO ANSWER**<br><br>[N.D. Cal. Local Rule 6-1(a)] |

LATHAM•WATKINS
ATTORNEYS AT LAW
LOS ANGELES

LA\1749497.1

1

Plaintiffs Tommy Dunbar and James Gangwer and Defendant Apple, Inc. hereby stipulate through their respective counsel of record as follows:

Pursuant to Local Rule 6-1(a), Apple Computer, Inc. shall have an extension of time, to August 2, 2007, to respond to Plaintiffs' complaint.

DATED: July 18, 2007

LATHAM & WATKINS LLP
Daniel Scott Schecter
Colin B. Vandell

By: _____
Colin B. Vandell
Attorneys for Defendant Apple, Inc.

DATED: July 18, 2007

PHILLIPS, ERLEWINE & GIVEN LLP
Nicholas A. Carlin
David M. Given
Spencer M. Martinez

By: _____
Nicholas A. Carlin
Attorneys for Plaintiffs Tommy Dunbar and James Gangwer

LATHAM&WATKINS
ATTORNEYS AT LAW
LOS ANGELES

LA\1749497.1

1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 633 West Fifth Street, Suite 4000, Los Angeles, CA 90071-2007.

On **July 18, 2007**, I served the following document described as:

**STIPULATION TO EXTEND TIME TO ANSWER**
[N.D. Cal. Local Rule 6-1(a)]

by serving a true copy of the above-described document in the following manner:

### BY U.S. MAIL

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

Nicholas A. Carlin, Esq.
David M. Given, Esq.
Spencer M. Martinez, Esq.
PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **July 18, 2007**, at Los Angeles, California.

_____
Britteena Stafford