United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOMMY DUNBAR                                NO. CV 07-02758 WDB

            Plaintiff,                      **CLERK'S NOTICE RE: FAILURE
                                            TO FILE ELECTRONICALLY
    v.                                      DOCKET NO. 5 AND/OR
                                            REGISTER AS AN E-FILER**.

LUCASZ GOTTWALD

            Defendant.
_____/

On July 18, 2007, counsel for Defendant Apple Inc. filed a Stipulation To Extend Time to Answer,

docket #5, manually, on paper.  This case has been designated for electronic filing, pursuant to Local

Rule 5-4 and General Order 45.

The above mentioned  paper document has been filed and docketed. However, General Order 45

provides at Section III  that cases assigned to judges who participate in the e-filing program "shall be

presumptively designated" as e-filing cases.  Therefore, counsel for Defendant Apple Inc.  should

submit the Stipulation to Extend Time to Answer, docket #5, in PDF format within 10 days, as an

attachment in an *e-mail* message directed to the judges chamber's "PDF" email box listed at

http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there). Do *not*

e-file a document which has been previously filed on paper, as is the case with the above mentioned

filing. All subsequent papers should be e-filed.

Dockets.Justia.com

1   Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to

2   become an ECF User and be assigned a user ID and password for access to the system upon designation

3   of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users

4   must do so immediately.  Forms and instructions for registering can be found on the Court's Web site

5   at ecf.cand.uscourts.gov.

6   Dated: July 18, 2007                                  Cynthia Lenahan
                                                          Deputy Clerk

**United States District Court**
For the Northern District of California

2