1  EDWARD A. RUTTENBERG (State Bar No. 67378)
   LEOPOLD, PETRICH & SMITH, P.C.
2  2049 Century Park East, Suite 3110
   Los Angeles, California 90067-3274
3  Tel: (310) 277-3333 • Fax: (310) 277-7444
   E-Mail: eruttenberg@lpsla.com

Attorneys for Defendant
AVRIL LAVIGNE PUBLISHING LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TOMMY DUNBAR and JAMES GANGWER,<br><br>Plaintiffs,<br><br>v.<br><br>LUCASZ GOTTWALD (aka Dr. Luke), AVRIL LAVIGNE, KASZ MONEY PUBLISHING, AVRIL LAVIGNE PUBLISHING LLC, ALMO MUSIC CORP., RCA RECORDS, and APPLE, INC.,<br><br>Defendants. | CASE NO.: C 07-2758 WDB<br><br>**CORPORATE DISCLOSURE STATEMENT BY DEFENDANT AVRIL LAVIGNE PUBLISHING LLC PURSUANT TO F.R.CIV.P. 7.1** |

LEOPOLD, PETRICH
& SMITH
A Professional Corporation

7257.doc

Dockets.Justia.com

1  Pursuant to Fed.R.Civ.P. 7.1(a), defendant AVRIL LAVIGNE PUBLISHING
2  LLC, states that it has no parent company and that no publicly held corporation owns
3  10% or more of its stock.

DATED: July 27, 2007

_____
EDWARD A. RUTTENBERG
LEOPOLD, PETRICH & SMITH, P.C.
Attorneys for Defendant
AVRIL LAVIGNE PUBLISHING LLC

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **2049 Century Park East, Suite 3110, Los Angeles, California 90067-3274**.

On July 27, 2007, I served the foregoing document described **CORPORATE DISCLOSURE STATEMENT BY DEFENDANT AVRIL LAVIGNE PUBLISHING LLC PURSUANT TO F.R.CIV.P. 7.1** on the interested parties in this action.

☒ by placing a copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 2049 Century Park East, Suite 3110, Los Angeles, California 90067-3274. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported. Said fax transmission(s) were directed as indicated on the service list.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Federal Express Drop Box located at 2049 Century Park East, Suite 3110, Los Angeles, California 90067-3274. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 27, 2007, at Los Angeles, California.

/s/ Kathryn Toyama

LEOPOLD, PETRICH & SMITH
A Professional Corporation

7257.doc

## SERVICE LIST

David M. Given, Esq.
Phillips, Erlewine & Given LLP
One Embarcadero Suite 2350
San Francisco, California 94111
Tel: (415) 398-0900
Fax: (415) 398-0911

Michael A. Guido, Esq.
Carroll, Guido & Groffman
1790 Broadway, 20th Floor
New York, NY 10019
Tel: (212) 759-2300
Fax: (212) 759-9556

LEOPOLD, PETRICH
& SMITH
A Professional Corporation

7254.doc