EDWARD A. RUTTENBERG (State Bar No. 67378)
LEOPOLD, PETRICH & SMITH, P.C.
2049 Century Park East, Suite 3110
Los Angeles, California 90067-3274
Tel: (310) 277-3333 • Fax: (310) 277-7444
E-Mail: eruttenberg@lpsla.com

Attorneys for Defendant
RONDOR MUSIC INTERNATIONAL, INC. D/B/A ALMO
MUSIC (erroneously named as "ALMO MUSIC CORP.")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TOMMY DUNBAR and JAMES GANGWER,<br><br>Plaintiffs,<br><br>v.<br><br>LUCASZ GOTTWALD (aka Dr. Luke), AVRIL LAVIGNE, KASZ MONEY PUBLISHING, AVRIL LAVIGNE PUBLISHING LLC, ALMO MUSIC CORP., RCA RECORDS, and APPLE, INC.,<br><br>Defendants. | CASE NO.: C 07-2758 WDB<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[Local Rule 3-16] |

Pursuant to Local Rule 3-16, the undersigned, counsel of record for defendant RONDOR MUSIC INTERNATIONAL, INC. D/B/A ALMO MUSIC (erroneously named as "ALMO MUSIC CORP."), certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that

subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Defendant LUCASZ GOTTWALD (aka Dr. Luke)
- Defendant AVRIL LAVIGNE
- Defendant KASZ MONEY PUBLISHING
- Defendant AVRIL LAVIGNE PUBLISHING LLC
- Defendant RONDOR MUSIC INTERNATIONAL, INC. D/B/A ALMO MUSIC (erroneously named as "ALMO MUSIC CORP.")
- Defendant RCA RECORDS
- Defendant APPLE, INC.
- Plaintiff TOMMY DUNBAR
- Plaintiff JAMES GANGWER
- UNIVERSAL MUSIC GROUP, INC., parent of Rondor Music International, Inc. D/B/A Almo Music (erroneously named as "Almo Music Corp.")
- VIVENDI S.A., parent of Universal Music Group, Inc.

DATED: July 30, 2007

_____
EDWARD A. RUTTENBERG
LEOPOLD, PETRICH & SMITH, P.C.
Attorneys for Defendants
RONDOR MUSIC INTERNATIONAL, INC. D/B/A ALMO MUSIC (erroneously named as "ALMO MUSIC CORP.")

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **2049 Century Park East, Suite 3110, Los Angeles, California 90067-3274**.

On July 30, 2007, I served the foregoing document described as **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** on the interested parties in this action.

☒ by placing the original thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 2049 Century Park East, Suite 3110, Los Angeles, California 90067-3274. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported. Said fax transmission(s) were directed as indicated on the service list.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Federal Express Drop Box located at 2049 Century Park East, Suite 3110, Los Angeles, California 90067-3274. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 30, 2007, at Los Angeles, California.

/s/ Kathryn Toyama

LEOPOLD, PETRICH & SMITH
A Professional Corporation

7265.doc

## SERVICE LIST

David M. Given, Esq.
Phillips, Erlewine & Given LLP
One Embarcadero Suite 2350
San Francisco, California 94111
Tel: (415) 398-0900
Fax: (415) 398-0911

Michael A. Guido, Esq.
Carroll, Guido & Groffman
1790 Broadway, 20th Floor
New York, NY 10019
Tel: (212) 759-2300
Fax: (212) 759-9556