08/01/2007 16:34 FAX 415 398 0911 ☒001

TO: ___

FROM: David G.

| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Daniel Scott Schecter (Bar No. 171472) |
|   | Colin B. Vandell (Bar No. 240653) |
| 3 | 633 West Fifth Street, Suite 4000 |
|   | Los Angeles, California 90071-2007 |
| 4 | Telephone: (213) 485-1234 |
|   | Facsimile: (213) 891-8763 |
| 5 | Email: daniel.schecter@lw.com |
| 6 | Attorneys for Defendant Apple, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY DUNBAR and JAMES GANGWER, | Case No. C 07-2758 WDB |
| Plaintiffs, | **FIRST AMENDED STIPULATION TO EXTEND TIME TO ANSWER** |
| v. | [N.D. Cal. Local Rule 6-1(a)] |
| LUCASZ GOTTWALD (aka Dr. Luke), AVRIL LAVIGNE, KASZ MONEY PUBLISHING, AVRIL LAVIGNE PUBLISHING LLC, ALMO MUSIC CORP., RCA RECORDS, and APPLE, INC., | |
| Defendants. | |

LATHAM&WATKINS
ATTORNEYS AT LAW
LOS ANGELES

LA\1755352.1

1

1        Plaintiffs Tommy Dunbar and James Gangwer and Defendant Apple,
2  Inc. hereby stipulate through their respective counsel of record as follows:
3        Pursuant to Local Rule 6-1(a), Apple Computer, Inc. shall have a two-
4  week extension of time, to August 16, 2007, to respond to Plaintiffs' complaint.

6  DATED: August ___, 2007

      LATHAM & WATKINS LLP
      Daniel Scott Schecter
      Colin B. Vandell

      By: _____
      Colin B. Vandell
      Attorneys for Defendant Apple, Inc.

12  DATED: August ___, 2007

      PHILLIPS, ERLEWINE & GIVEN LLP
      Nicholas A. Carlin
      David M. Given
      Spencer M. Martinez

      By: _____
      David M. Given
      Attorneys for Plaintiffs Tommy Dunbar and
      James Gangwer

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1755352.1

1