United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Dunbar,<br><br>    Plaintiff(s),<br><br> v.<br><br>Gottwald,<br><br>    Defendant(s). | 07-02758 WDB<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-02758 WDB                                           -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: August 8, 2007

                RICHARD W. WIEKING
                Clerk
                by:   Timothy J. Smagacz

*/s/ Timothy Smagacz*
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-02758 WDB                        -2-

**PROOF OF SERVICE**

Case Name:		Dunbar v. Gottwald

Case Number:		07-02758 WDB

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>ADR Program
>United States District Court
>Norther District of California
>450 Golden Gate Avenue Floor 16
>San Francisco, CA 94102

On August 8, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>Nicholas A. Carlin
>Phillips, Erlewine, & Given, LLP
>One Embarcadero Center
>23rd Floor
>San Francisco, CA 94111
>nac@phillaw.com
>
>Spencer Martinez
>Phillips & Erlewine LLP
>One Embarcadero Center, #2350
>San Francisco, CA 94111
>scm@phillaw.com
>
>David Given
>Phillips & Erlewine LLP
>One Embarcadero Center, Suite 2350
>San Francisco, CA 94111
>dmg@phillaw.com
>
>Lucasz Gottwald
>,

Dr. Luke
,

Edward A. Ruttenberg
Leopold Petrich & Smith
2049 Century Park East
Ste 3110
Los Angeles, CA 90067-3274
eruttenberg@lpsla.com

Kasz Money Publishing
,

RCA Records
,

Daniel Scott Schecter n/a
Latham & Watkins LLP
633 West Fifth Street, Suite 4000
Los Angeles
Los Angeles, CA 90071
daniel.schecter@lw.com

Colin Buckner Vandell
Latham & Watkins LLP
633 West Fifth Street
Suite 4000
Los Angeles, CA 90071-2007


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 8, 2007 in San Francisco, California.

        RICHARD W. WIEKING
        Clerk
        by:    Timothy J. Smagacz

        */s/ Timothy Smagacz*
--------------------------------
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov