Nicholas A. Carlin, State Bar No. 112532
David M. Given, State Bar No. 142345
PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center, Suite 2350
San Francisco, CA  94111
Tel: 415-398-0900
Fax: 415-398-0911

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY DUNBAR and JAMES GANGWER,<br><br>Plaintiffs,<br><br>vs.<br><br>LUCASZ GOTTWALD (aka Dr. Luke), AVRIL LAVIGNE, KASZ MONEY PUBLISHING, AVRIL LAVIGNE PUBLISHING LLC, ALMO MUSIC CORP. RCA RECORDS, and APPLE, INC.,<br><br>Defendants. | Case No: C 07-2758 WDB<br><br>**JOINT ADR CERTIFICATION WITH STIPULATION TO ADR PROCESS** |

The Parties hereto hereby certify that they have considered the various forms of ADR available and have agreed to stipulate to private Mediation. The parties shall conduct the Mediation no later than 90 days after the date set for the first Case Management Conference unless otherwise ordered by the Court.

Dated: 8/7, 2007                    PHILLIPS, ERLEWINE & GIVEN LLP

                                    By: _____
                                        Nicholas A. Carlin
                                        Attorneys for Plaintiffs

1
JOINT ADR CERTIFICATION AND STIPULATION

| | | |
|---|---|---|
| 1 | Dated: 8/7, 2007 | LEOPOLD, PETRICH & SMITH, P.C. |
| | | By: _____ |
| | | Edward A. Ruttenberg |
| | | Attorneys for Defendants |
| | | Avril Lavigne, Avril Lavigne Publishing LLC, |
| | | Rondor Music International, Inc. d/b/a Almo Music |

PHILLIPS, ERLEWINE & GIVEN, LLP
One Embarcadero Center, Suite 2350
San Francisco, CA 94111
(415) 398-0900