EDWARD A. RUTTENBERG (State Bar No. 67378)
ROBERT S. GUTIERREZ (State Bar No. 143223)
LEOPOLD, PETRICH & SMITH, P.C.
2049 Century Park East, Suite 3110
Los Angeles, California 90067-3274
Tel: (310) 277-3333 • Fax: (310) 277-7444
E-Mail: eruttenberg@lpsla.com; rgutierrez@lpsla.com

Attorneys for Defendant
BMG MUSIC (erroneously named as "RCA Records")

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| TOMMY DUNBAR and JAMES GANGWER,<br><br>Plaintiffs,<br><br>v.<br><br>LUCASZ GOTTWALD (aka Dr. Luke), AVRIL LAVIGNE, KASZ MONEY PUBLISHING, AVRIL LAVIGNE PUBLISHING LLC, ALMO MUSIC CORP., RCA RECORDS, and APPLE, INC.,<br><br>Defendants. | CASE NO.: C 07-2758 WDB<br><br>**CORPORATE DISCLOSURE STATEMENT BY DEFENDANT BMG MUSIC (erroneously named as "RCA Records")** |

LEOPOLD, PETRICH
& SMITH
A Professional Corporation

7414.doc

1  Pursuant to Fed.R.Civ.P. 7.1(a), defendant SONY BMG MUSIC
2  ENTERTAINMENT (erroneously named as "RCA Records") states that its ultimate
3  parent companies are Sony Corporation, a publicly traded corporation, and
4  Bertelsmann AG, which is not publicly traded.

DATED:  August 15, 2007

EDWARD A. RUTTENBERG
ROBERT S. GUTIERREZ
LEOPOLD, PETRICH & SMITH, P.C.
Attorneys for Defendant
BMG MUSIC (erroneously named as "RCA Records")

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **2049 Century Park East, Suite 3110, Los Angeles, California 90067-3274**.

On August 15, 2007, I served the foregoing document described as **CORPORATE DISCLOSURE STATEMENT BY DEFENDANT BMG MUSIC (erroneously named as "RCA Records")** on the interested parties in this action.

☒ by placing the original thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 2049 Century Park East, Suite 3110, Los Angeles, California 90067-3274. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported. Said fax transmission(s) were directed as indicated on the service list.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Federal Express Drop Box located at 2049 Century Park East, Suite 3110, Los Angeles, California 90067-3274. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 15, 2007, at Los Angeles, California.

/s/ Kathryn Toyama

LEOPOLD, PETRICH & SMITH
A Professional Corporation

7414.doc

## SERVICE LIST

| | |
|---|---|
| David M. Given, Esq.<br>Nicholas A. Carlin, Esq.<br>Phillips, Erlewine & Given LLP<br>One Embarcadero Suite 2350<br>San Francisco, California  94111<br>Tel:  (415) 398-0900<br>Fax:  (415) 398-0911 | Michael A. Guido, Esq.<br>Carroll, Guido & Groffman<br>1790 Broadway, 20th Floor<br>New York, NY  10019<br>Tel:  (212) 759-2300<br>Fax:  (212) 759-9556 |
| Donald M. Carley, Esq.<br>Sonnenschein Nath & Rosenthal LLP<br>525 Market Street, 26th Floor<br>San Francisco, CA 94105-2708<br>Tel:  (415) 882-5000<br>Fax:  (415) 882-0300 | Christine Lepera, Esq.<br>Sonnenschein Nath & Rosenthal LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089<br>Tel:  (212) 768-6700<br>Fax:  (212) 768-6800 |
| Daniel S. Schecter, Esq.<br>Colin B. Vandell, Esq.<br>Latham & Watkins, LLP<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA 90071-2007<br>Tel:  (213) 891-7371<br>Fax: (213) 891-8763 | |

LEOPOLD, PETRICH
& SMITH
A Professional Corporation

7414.doc