1  EDWARD A. RUTTENBERG (State Bar No. 67378)
   ROBERT S. GUTIERREZ (State Bar No. 143223)
2  LEOPOLD, PETRICH & SMITH, P.C.
   2049 Century Park East, Suite 3110
3  Los Angeles, California 90067-3274
   Tel: (310) 277-3333 • Fax: (310) 277-7444
4  E-Mail: eruttenberg@lpsla.com

5  Attorneys for Defendants
   AVRIL LAVIGNE, AVRIL LAVIGNE PUBLISHING LLC
6  AND RONDOR MUSIC INTERNATIONAL, INC. D/B/A
   ALMO MUSIC
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  OAKLAND DIVISION

| TOMMY DUNBAR and JAMES GANGWER, | CASE NO.: C 07-2758 WDB |
|---|---|
| Plaintiffs, | DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR ASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| v. | |
| LUCASZ GOTTWALD (aka Dr. Luke), AVRIL LAVIGNE, KASZ MONEY PUBLISHING, AVRIL LAVIGNE PUBLISHING LLC, ALMO MUSIC CORP., RCA RECORDS, and APPLE, INC., | |
| Defendants. | |

LEOPOLD, PETRICH & SMITH
A Professional Corporation

7382.doc

1  The undersigned parties hereby decline to consent to the assignment of this case
2  to a United States Magistrate Judge for trial and disposition and hereby request the
3  reassignment of this case to a United States District Judge.

DATED: August 15, 2007

*[signature]*

EDWARD A. RUTTENBERG
LEOPOLD, PETRICH & SMITH, P.C.
Attorneys for Defendants
AVRIL LAVIGNE, AVRIL LAVIGNE PUBLISHING LLC AND RONDOR MUSIC INTERNATIONAL, INC. D/B/A ALMO MUSIC

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **2049 Century Park East, Suite 3110, Los Angeles, California 90067-3274**.

On August 15, 2007, I served the foregoing document described as **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR ASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** on the interested parties in this action.

☒  by placing the original thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒  **BY REGULAR MAIL:** I deposited such envelope in the mail at 2049 Century Park East, Suite 3110, Los Angeles, California 90067-3274. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐  **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported. Said fax transmission(s) were directed as indicated on the service list.

☐  **BY OVERNIGHT MAIL:** I deposited such documents at the Federal Express Drop Box located at 2049 Century Park East, Suite 3110, Los Angeles, California 90067-3274. The envelope was deposited with delivery fees thereon fully prepaid.

☐  **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐  (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒  (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 15, 2007, at Los Angeles, California.

/s/ Kathryn Toyama

# SERVICE LIST

David M. Given, Esq.
Nicholas A. Carlin, Esq.
Phillips, Erlewine & Given LLP
One Embarcadero Suite 2350
San Francisco, California 94111
Tel: (415) 398-0900
Fax: (415) 398-0911

Donald M. Carley, Esq.
Sonnenschein Nath & Rosenthal LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Tel: (415) 882-5000
Fax: (415) 882-0300

Daniel S. Schecter, Esq.
Colin B. Vandell, Esq.
Latham & Watkins, LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Tel: (213) 891-7371
Fax: (213) 891-8763

Michael A. Guido, Esq.
Carroll, Guido & Groffman
1790 Broadway, 20th Floor
New York, NY 10019
Tel: (212) 759-2300
Fax: (212) 759-9556

Christine Lepera, Esq.
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Tel: (212) 768-6700
Fax: (212) 768-6800

LEOPOLD, PETRICH
& SMITH
A Professional Corporation

7382.doc